RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Rigoberto Chavez-Tapia

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00225-APG-VCF-1 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES** (Second Request) |
| RIGOBERTO CHAVEZ-TAPIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Kathryn Newman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Rigoberto Chavez-Tapia, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including September 26, 2017, within which to file the Defendant's pretrial motions currently due August 25, 2017.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 10, 2017, to file any and all responsive pleadings, currently due September 8, 2017.

1    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they

2    shall have to and including October 17, 2017, to file any and all replies to dispositive motions,

3    currently due September 15, 2017.

4            The Stipulation is entered into for the following reasons:

5            1.      Counsel for the defendant needs additional time to complete necessary research

6    regarding a possible pretrial motion and time to discuss the results of the research with her

7    client.

8            2.      The parties agree to the continuance.

9            3.      The additional time requested herein is not sought for purposes of delay, but

10   merely to allow counsel for defendant sufficient time within which to receive and review

11   additional discovery materials and to be able to effectively complete investigation of this case.

12           4.      Additionally, denial of this request for continuance could result in a miscarriage

13   of justice.

14           This is the second stipulation to continue filed herein.

15           DATED this 22nd day of August, 2017.

16   RENE L. VALLADARES                          STEVEN W. MYHRE
     Federal Public Defender                     Acting United States Attorney
17

18       */s/ Nisha Brooks-Whittington*              */s/ Kathryn Newman*
     By_____         By_____
19   NISHA BROOKS-WHITTINGTON                     KATHRYN NEWMAN
     Assistant Federal Public Defender           Assistant United States Attorney
20

21

22

23

24

25

26
                                            2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

RIGOBERTO CHAVEZ-TAPIA,

        Defendant.

Case No. 2:17-cr-00225-APG-VCF-1

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## FINDINGS OF FACT, CONCLUSIONS OF LAW

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to complete necessary research regarding a possible pretrial motion and time to discuss the results of the research with her client.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to receive and review additional discovery materials and to be able to effectively complete investigation of this case.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

3

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including September 26, 2017, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 10, 2017, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 17, 2017, to file any and all replies to dispositive motions.

DATED this ___23rd___ day of ___August___, 2017.

                                           _____
                                         UNITED STATES DISTRICT JUDGE

4